## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VIRGINIA CARAZANI<br>c/o 1099 New York Avenue, NW, Suite 900<br>Washington, DC  20001 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:12-cv-00107<br>Assigned To: Kollar-Kotelly,<br>            Colleen<br>Assign. Date: 1/23/2012<br>Description:  Civil Rights-<br>            Non-Employ |
| Plaintiff | )<br>) | |
| v. | )<br>) | |
| EMMA ZEGARRA<br>9632 Masterworks Drive<br>Vienna, VA  22181 | )<br>)<br>)<br>)<br>) | |
| Defendant | )<br>) | JURY TRIAL DEMANDED |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant Emma Zegarra respectfully provides this response to Plaintiff's allegations as set forth in her Complaint.

### PRELIMINARY STATEMENT

1.    Plaintiff's allegation is hereby DENIED.

2.    Plaintiff's allegation is hereby DENIED.

3.    Plaintiff's allegation is hereby DENIED.

4.    Plaintiff's allegation is hereby DENIED.

5.    Plaintiff's allegation is hereby DENIED.

6.    Plaintiff's allegation is hereby DENIED.

7.    Defendant has no knowledge of the facts supporting Plaintiff's allegation.

8.    Plaintiff's allegation is hereby DENIED.

2 , 2012

## JURISDICTION AND VENUE

9.      Defendant has no knowledge of the facts supporting Plaintiff's allegation and reserves the right to object upon her consultation with Counsel.

10.      Defendant has no knowledge of the facts supporting Plaintiff's allegation and reserves the right to object upon her consultation with Counsel.

## PARTIES

11.      Plaintiff's allegation is hereby DENIED.

12.      Plaintiff's allegation is hereby DENIED.

## FACTUAL ALLEGATIONS

13.      Plaintiff's allegation is hereby DENIED.

14.      Plaintiff's allegation is hereby DENIED.

15.      Plaintiff's allegation is hereby DENIED.

16.      Plaintiff's allegation is hereby DENIED.

17.      Plaintiff's allegation is hereby DENIED.

18.      Plaintiff's allegation is hereby DENIED.

19.      Plaintiff's allegation is hereby DENIED.

20.      Plaintiff's allegation is hereby DENIED.

21.      Plaintiff's allegation is hereby DENIED.

22.      Plaintiff's allegation is hereby DENIED.

23.      Plaintiff's allegation is hereby DENIED.

24.      Plaintiff's allegation is hereby DENIED.

25.      Plaintiff's allegation is hereby DENIED.

26.      Plaintiff's allegation is hereby DENIED.

27.     Plaintiff's allegation is hereby DENIED.

28.     Plaintiff's allegation is hereby DENIED.

29.     Plaintiff's allegation is hereby DENIED.

30.     Plaintiff's allegation is hereby DENIED.

31.     Plaintiff's allegation is hereby DENIED.

32.     Plaintiff's allegation is hereby DENIED.

33.     Plaintiff's allegation is hereby DENIED.

34.     Plaintiff's allegation is hereby DENIED.

35.     Plaintiff's allegation is hereby DENIED.

36.     Plaintiff's allegation is hereby DENIED.

37.     Plaintiff's allegation is hereby DENIED.

38.     Plaintiff's allegation is hereby DENIED.

39.     Plaintiff's allegation is hereby DENIED.

40.     Plaintiff's allegation is hereby DENIED.

41.     Plaintiff's allegation is hereby DENIED.

42.     Plaintiff's allegation is hereby DENIED.

43.     Plaintiff's allegation is hereby DENIED.

44.     Plaintiff's allegation is hereby DENIED.

## COUNT ONE

45.     Plaintiff's allegation is hereby DENIED.

46.     Plaintiff's allegation is hereby DENIED.

47.     Plaintiff's allegation is hereby DENIED.

48.     Plaintiff's allegation is hereby DENIED.

49.   Plaintiff's allegation is hereby DENIED.

50.   Plaintiff's allegation is hereby DENIED.

51.   Plaintiff's allegation is hereby DENIED.

## COUNT TWO

52.   Plaintiff's allegation is hereby DENIED.

53.   Plaintiff's allegation is hereby DENIED.

54.   Plaintiff's allegation is hereby DENIED.

55.   Plaintiff's allegation is hereby DENIED.

52.   Plaintiff's allegation is hereby DENIED.

53.   Plaintiff's allegation is hereby DENIED.

54.   Plaintiff's allegation is hereby DENIED.

55.   Plaintiff's allegation is hereby DENIED.

56.   Plaintiff's allegation is hereby DENIED.

57.   Plaintiff's allegation is hereby DENIED.

58.   Plaintiff's allegation is hereby DENIED.

59.   Plaintiff's allegation is hereby DENIED.

## COUNT THREE

60.   Plaintiff's allegation is hereby DENIED.

61.   Plaintiff's allegation is hereby DENIED.

62.   Plaintiff's allegation is hereby DENIED.

63.   Plaintiff's allegation is hereby DENIED.

64.   Plaintiff's allegation is hereby DENIED.

65.   Plaintiff's allegation is hereby DENIED.

## COUNT FOUR

66.    Plaintiff's allegation is hereby DENIED.

67.    Plaintiff's allegation is admitted in part and otherwise hereby DENIED.

68.    Plaintiff's allegation is hereby DENIED.

69.    Plaintiff's allegation is hereby DENIED.

66.    Plaintiff's allegation is hereby DENIED.

67.    Plaintiff's allegation is hereby DENIED.

68.    Plaintiff's allegation is hereby DENIED.

69.    Plaintiff's allegation is hereby DENIED.

66.    Plaintiff's allegation is hereby DENIED.

67.    Plaintiff's allegation is hereby DENIED.

68.    Plaintiff's allegation is hereby DENIED.

69.    Plaintiff's allegation is hereby DENIED.

70.    Plaintiff's allegation is hereby DENIED.

71.    Plaintiff's allegation is hereby DENIED.

72.    Plaintiff's allegation is hereby DENIED.

73.    Plaintiff's allegation is hereby DENIED.

## COUNT FIVE

74.    Plaintiff's allegation is hereby DENIED.

75.    Plaintiff's allegation is hereby DENIED.

76.    Plaintiff's allegation is hereby DENIED.

77.    Plaintiff's allegation is hereby DENIED.

78.    Plaintiff's allegation is hereby DENIED.

79.     Plaintiff's allegation is hereby DENIED.

## COUNT SIX

80.     Plaintiff's allegation is hereby DENIED.

81.     Plaintiff's allegation is hereby DENIED.

82.     Plaintiff's allegation is hereby DENIED.

83.     Plaintiff's allegation is hereby DENIED.

84.     Plaintiff's allegation is hereby DENIED.

85.     Plaintiff's allegation is hereby DENIED.

86.     Plaintiff's allegation is hereby DENIED.

87.     Plaintiff's allegation is hereby DENIED.

88.     Plaintiff's allegation is hereby DENIED.

89.     Plaintiff's allegation is hereby DENIED.

90.     Plaintiff's allegation is hereby DENIED.

## COUNT SEVEN

91.     Plaintiff's allegation is hereby DENIED.

92.     Plaintiff's allegation is hereby DENIED.

93.     Plaintiff's allegation is hereby DENIED.

94.     Plaintiff's allegation is hereby DENIED.

95.     Plaintiff's allegation is hereby DENIED.

## COUNT EIGHT

96.     Plaintiff's allegation is hereby DENIED.

97.     Plaintiff's allegation is hereby DENIED.

98.     Plaintiff's allegation is hereby DENIED.

99.    Plaintiff's allegation is hereby DENIED.

100.   Plaintiff's allegation is hereby DENIED.

101.   Plaintiff's allegation is hereby DENIED.

102.   Plaintiff's allegation is hereby DENIED.

## JURY DEMAND

103.   Defendant objects to Plaintiff's request for a jury trial and requests a hearing to argue the issue.

## PRAYER FOR RELIEF

Wherefore, Defendant respectfully requests that the Court dismiss all of Plaintiff's claims and deny all of Plaintiff's prayers for relief.

Respectfully submitted,

Emma Zegarra

Emma Zegarra
Pro Se
9632 Masterworks Drive
Vienna, VA  22181

## CERTIFICATE

I HEREBY CERTIFY that on February 28, 2012, I sent by facsimile and mailed the foregoing DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT to:

Julie M. Carpenter (DC Bar No. 418768)
Carrie F. Apfel (DC Bar No. 974342)
JENNER & BLOCK LLP
1099 New York Ave., NW, Suite 900
Washington, D.C. 20001
(v) 202-639-6000
(f) 202-639-6066 jcarpenter@jenner.com capfel@jenner.com

*Counsel for Virginia Carazani*


_____
Emma Zegarra, Pro Se