# EXHIBIT A

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER: EAC1110750754 | | CASE TYPE:<br>I-914 Application for T Nonimmigrant Status |
|---|---|---|
| RECEIPT DATE:<br>March 3, 2011 | PRIORITY DATE | Principal Applicant:<br>CARAZANI CHIPANA, Virginia |
| NOTICE DATE:<br>July 13, 2011 | PAGE:<br>1 of 1 | Applicant A#:<br>A87618131 |
| VIRGINIA CARAZANI CHIPANA<br>ATTN CARRIE APFEL ESQ<br>JENNER & BLOCK<br>1099 NEW YORK AVE NW STE 900<br>WASHINGTON DC 20001 | | Notice Type: Approval<br>Class: T-1<br>Valid From: June 21, 2011 To June 20, 2015 |

Your application for T-1 Nonimmigrant Classification has been approved. Attached below please find a completed Form I-94, Arrival-Departure Record, indicating that you have been granted T Nonimmigrant Classification for a period of 4 years.

EMPLOYMENT AUTHORIZATION:

You are authorized to work in the United States for the validity period of your T Nonimmigrant Classification. Your Employment Authorization Document will be mailed to you separately.

ADJUSTMENT OF STATUS:

Federal law provides that you may be eligible to adjust your status to that of a lawful permanent resident. A T-1 nonimmigrant may submit an application for adjustment of status after he/she has been physically present in the United States for a continuous period of at least 3 years after the date he/she was admitted as a T-1 Nonimmigrant or after he/she has been physically present in the United States for a continuous period during the investigation or prosecution of the acts of trafficking, provided that the Attorney General has determined the investigation or prosecution is complete.

DERIVATIVE T NONIMMIGRANT CLASSIFICATION:

You may request derivative T Nonimmigrant Classification for qualifying family members. To request derivative status, you must submit a Form I-914 with Supplement A in accordance with the instructions printed on the form. If you included qualifying family members on your original application, a notice of decision on the derivative application(s) will be mailed to you separately.

DEPARTING FROM THE UNITED STATES:

If you plan to depart the United States you must obtain permission to return to the United States before you leave this country by obtaining advance parole. If you do not obtain advance parole in advance of your departure, you may be unable to re-enter the United States, or you may be placed in removal proceedings before an immigration judge. You may apply for advance parole by submitting a Form I-131, Application for Travel Document, with the required fee or request for fee waiver to this office.

Please see attached additional information on the back. You will be notified separately about other cases you filed.

U. S. Citizenship and Immigration Services
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479
Customer Service Telephone Number 1-802-527-4888

PLEASE TEAR OFF FORM I-94 PRINTED BELOW AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

| Detach this Half for Personal Records<br><br>Receipt # EAC1110750754<br>I-94 # 277141820 24<br>NAME **CARAZANI CHIPANA, Virginia**<br>CLASS **T-1**<br>VALID FROM **June 21, 2011**<br>UNTIL **June 20, 2015** | Receipt Number: EAC1110750754<br>U. S. Citizenship and Immigration Services<br><br>I-94<br>Departure Record |  |
|---|---|---|
| | 14. Family Name<br>**CARAZANI CHIPANA** | |
| | 15. First (Given) Name<br>**Virginia** | 16. Date of Birth<br>05/21/1976 |
| | 17. Country of Citizenship<br>Bolivia | |

Form I-797A (Rev. 10/31/05) N