**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| VIRGINIA CARAZANI | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 12-107 (RC) |
| v. | ) | |
| | ) | |
| EMMA ZEGARRA | ) | JURY DEMANDED |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF CARRIE F. APFEL IN SUPPORT OF PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT**

I, CARRIE F. APFEL, being an attorney duly admitted to the practice of law in this Court, hereby declare as follows:

1. I am an attorney at Jenner & Block LLP, attorneys for Plaintiff Virginia Carazani in the above-captioned matter. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. After the March 28, 2012, Status Conference, I met with Defendant Emma Zegarra at our office in Washington D.C. on April 20, 2012 to discuss the discovery schedule for this case.

3. Following this meeting, on April 23, 2012, I sent Zegarra an email to the email address she provided, emma.zegarra@gmail.com, attaching a draft of the proposed discovery schedule.

4. On April 25, 2012, Zegarra responded to my email, using that email address.

5. On May 7, 2012, and again on May 15, 2012, I sent Zegarra emails inquiring about the status of her Initial Disclosures, which were due on April 27, 2012. I never received a response to my inquiries.

6. On June 29, 2012, I served Zegarra with Plaintiff's First Set of Document Requests and First Set of Interrogatories. These discovery requests were sent via regular mail to the address to which the Initial and Amended Complaints were sent. I also had a courtesy copy sent to Zegarra at the email address we had been using to correspond with one another.

7. On August 3, 2012, and again on August 7, 2012, I emailed Zegarra concerning her outstanding discovery responses, which were due on July 26, 2012. I never received a response to my inquiries.

8. On August 9, 2012, I called Zegarra at the work phone number that I had used to communicate with her previously. A gentleman named Alex answered the telephone and informed me that Zegarra no longer worked at the World Bank, and that she was currently out of the country. Alex suggested I contact a friend of Zegarra's, a woman named Magdalena, for more information.

9. I then contacted Magdalena at the World Bank. Magdalena informed me that Zegarra had left the country and had no intention of returning.

10. After receiving this information, Allison Crowe, a paralegal in my office, contacted the Human Resources Department at the World Bank and was told that Zegarra used to work there. They were unwilling to provide any additional information.

11. On that same day, I called Zegarra at the home phone number I had previously used to communicate with her, and I received a recording that said that the number was no longer in service.

12. On August 21, 2012, we filed a motion to compel Zegarra to comply with the discovery schedule, namely, to file her Initial Disclosures and to respond to Ms. Carazani's outstanding discovery requests. That same day, we served this motion by mailing a copy to Zegarra's mailing address. On September 2, 2012, we received a returned copy of the motion with a message stating, "Return to Sender; Unable to Forward." This returned mailing confirmed my belief that Zegarra had left the country without providing any forwarding information through which she can be reached.

13. Ms. Carazani has complied with all deadlines for filing of Initial Disclosures and discovery requests in this case. Neither Ms. Carazani nor this Court has granted Zegarra any extensions of time to file Initial Disclosures or to respond to the discovery requests.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 27, 2012, in Washington, D.C.

    /s/ Carrie F. Apfel
    CARRIE F. APFEL   (DC Bar No. 974342)
    Attorney for Plaintiff Virginia Carazani