**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VIRGINIA CARAZANI ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 12-107 (RC) |
| v. ) | |
| ) | |
| EMMA ZEGARRA ) | JURY DEMANDED |
| ) | |
| Defendant. ) | |
| ) | |

**[PROPOSED] ORDER ON PLAINTIFF VIRGINIA CARAZANI'S MOTION**
**FOR DEFAULT JUDGMENT AGAINST DEFENDANT EMMA ZEGARRA**

Upon consideration of Plaintiff's Motion for Default Judgment Against Defendant Emma Zegarra,

It is hereby ORDERED that the motion is GRANTED:

Default Judgment is entered against Defendant Emma Zegarra.

SO ORDERED this _____ day of _____, 2012.

_____
The Honorable Rudolph Contreras