1099 NEW YORK AVENUE NW  SUITE 900  WASHINGTON, DC  20001-4412

JENNER&BLOCK LLP

*LET THIS BE FILED*
*[signature] 7/1/14*

June 25, 2014

The Chambers of the Honorable Judge Contreras
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC  20001

Carrie F. Apfel
Tel 202 639-6045
Fax 202 661-4938
capfel@jenner.com

RE    Carazani v. Zegarra, Civil Action No. 12-107 (RC)

To Whom it May Concern:

I am writing to request assistance in enforcing judgment overseas in the above-cited case on behalf of my *pro bono* client, a victim of human trafficking. We believe the Defendant is now residing in Spain. To enforce a default judgment in Spain, the Spanish court requires *inter alia* (1) a certified judgment, which expressly states that the judgment is final, and (2) a certification from the U.S. Court that the judgment was properly served upon the Defendant. While we have received a copy of the default judgment, we noticed that it does not expressly state that is final. In addition, we lack a certified notice of the Court's service of the judgment on the Defendant.

On May 29, 2014, my associate, James Tucker, spoke with Lauren in your office, who directed him to Jackie Francis in the clerk's office. Ms. Francis explained that her office could not provide a necessary documentation. She suggested that Rule 69 of the Federal Rules of Civil Procedure, 28 U.S.C. § 1608(b)(3)(B), or the Department of State might be of assistance. In our review, these suggested options are not relevant to our particular request, which concerns enforcement of a United States judgment abroad. Ms. Francis also suggested that an order from Judge Contreras may be necessary.

We would appreciate any direction regarding how best to obtain a certified document from the Court stating (1) that the memorandum and order of default in the above-cited case (Dkt. No. 19, 20) was the final judgment, and (2) that the Court properly served Defendant notice of the final judgment in accordance with U.S. law. This information – which we believe can be accomplished in just a few sentences, certified by the Court – will go a long way toward helping our *pro bono* client obtain the relief that this Court awarded her in this case.

Yours sincerely,

[signature]

Carrie F. Apfel
Partner

CFA.slc